# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| EDITH M FRIERSON ) | CASE: A18-53729-JWC |
| ) | |
| ) | |
| **DEBTOR** ) | |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. Section 1325(a)(6).

2.

The Debtor has failed to provide to the Trustee a copy of the 2017 tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

3.

The Trustee requests proof of income and proof of the Internal Revenue Service offset of the 2017 tax refund in order to determine the accuracy and veracity of the plan and/or Schedules. 11 U.S.C. Section 521(1), 11 U.S.C. Section 1325(a)(3), and 11 U.S.C. Section 1325(b)(1)(B).

4.

After review of scheduled income and anticipated household expenses, Debtor's proposed budget may fail to provide sufficient funds for ordinary living expenses in possible violation of 11 U.S.C. Section 1325(a)(6).

5.

The Debtor has failed to serve the Chapter 13 plan on applicable creditors pursuant to Bankruptcy Rule 7004 and has failed to file the corresponding Certificate of Manner of Service required by General Order 21-2017.

6.

The Trustee cannot administer the proposed post-confirmation increase in creditor set payments because the proposed increase date will occur before the attorney fees are paid in full and thus the sum of the monthly set payments will exceed the proposed plan payment.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 19th day of April, 2018.

                Respectfully submitted,

                /s/_____
                Maria C. Joyner
                Attorney for the Chapter 13 Trustee
                State Bar No. 118350

## CERTIFICATE OF SERVICE

Case No:  A18-53729-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s)**
EDITH M FRIERSON
1121 LUTHER DR SW
MABLETON, GA  30126

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case through the Court's Electronic Case Filing system.

**Debtor(s) Attorney:**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 19th day of April, 2018.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303