**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** : | **CHAPTER 13** |
| **EDITH M FRIERSON** : | **CASE NUMBER A18-53729-JWC** |
| **DEBTOR** : | |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on May 15, 2018:**

As to whether Debtor's plan payments are current

As to whether Debtor filed an amended plan

As to whether Debtor served the Chapter 13 plan and filed the corresponding Certificate of Manner of Service required by General Order 21-2017

As to whether Debtor provided notice of hearing

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

Debtor failed to file an amended plan

Debtor failed to provide notice of hearing

*Please enter an Order of Dismissal*

This the 15th day of June, 2018.

                ___/s/_____
                Julie M. Anania, Attorney for Chapter 13 Trustee
                GA Bar Number 477064
                303 Peachtree Center Ave., NE
                Suite 120
                Atlanta, GA  30303
/ds           (678) 992-1201

# CERTIFICATE OF SERVICE

Case No:  A18-53729-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
EDITH M FRIERSON
1121 LUTHER DR SW
MABLETON, GA  30126

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 15th day of June, 2018.

/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201